Motion GRANTED. Revocation hearing reset for 9/25/12 at 1:30 p.m.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

UNITED STATES OF AMERICA

v

PATRICK SCOTT FLOYD

Case No. 2:01-cr-00009
Judge Trauger

## THIRD MOTION FOR CONTINUANCE

Comes now Counsel for PATRICK FLOYD and moves the Court to continue the hearing of this revocation petition for 60 days. The hearing is currently set for July 30, 2012 and this motion seeks a 60 day continuance in order to let the state proceedings which form the basis for this matter to run their course.

For cause, Counsel would show that he understands that Mr. Floyd is alleged to have committed an offenses under state law, specifically DUI which was set for preliminary hearing on March 28, 2012, and for settlement or trial on August 8, 2012; over a week after the currently set hearing. This means that this Court would be called upon to determine the truth of his having violated a state law for which a trial is pending. Counsel believes that the question of revocation will turn on the truth and accuracy of allegations made against Mr. Floyd in connection with a state proceeding by state officials.

Counsel also understands that defenses will be available to Mr. Floyd which will require a copy of the transcript of the state proceedings, and which cannot be available until the state proceeding is completed.

The United States Attorney, Mr. Vincent, does not object.

**WHEREFORE, TO PROVIDE EFFECTIVE ASSISTANCE, COUNSEL MOVES FOR A 60 DAY CONTINUANCE OF THE HEARING ON REVOCATION**

RESPECTFULLY SUBMITTED,

__/s/ James Kevin Cartwright_____
JAMES KEVIN CARTWRIGHT (#011241)