**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No.  2:01-00009 |
| | ) | Judge Trauger |
| PATRICK FLOYD | ) | |
| | ) | |

## O R D E R

It is hereby **ORDERED** that the revocation proceeding scheduled for September 25,

2012 is **RESET** for Thursday, September 27, 2012, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 17th day of January 2012.

_____
ALETA A. TRAUGER
U.S. District Judge