# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:01-00009 |
| ) | Judge Trauger |
| PATRICK FLOYD ) | |

## **O R D E R**

The defendant has filed a Motion to continue the revocation hearing scheduled for November 29, 2012 for 90 days. Government counsel is not available to respond. It is hereby **ORDERED** that the government shall respond to this motion by 12:00 noon on Tuesday, November 27, 2012. The motion will be held in abeyance pending receipt of the government's response.

It is so **ORDERED**.

ENTER this 21st day of November 2012.

_____
ALETA A. TRAUGER
U.S. District Judge